USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VANESSA NUNEZ,

                Plaintiff,

                19 CIVIL 2249 (SDA)

-v-

                **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 22, 2019, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings; on remand Plaintiff will be offered a de novo hearing before an administrative law judge (ALJ) and the ALJ will issued a new decision.

**Dated:** New York, New York
         November 22, 2019

                                      RUBY J. KRAJICK
                                      _____
                                            Clerk of Court
                              BY:
                                              Deputy Clerk

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON 11/22/2019